BEFORE THE FIRST DIVISION, JULY 28, 1953

**No. 57443.**—Gaillet & Hartig Co., Inc. *v*. United States, protest 202195–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of cellophane similar in all material respects to that the subject of *Coughlin Mfg. Co.* v. *United States* (27 Cust. Ct. 40, C. D. 1345) and *Gillette Safety Razor Co.* v. *United States* (27 Cust. Ct. 44, C. D. 1346), the claim of the plaintiff was sustained.

**No. 57444.**—Cohen & Mann and Kung Chen Fur Corp. et al. *v*. United States, protests 970353–G, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra*.

**No. 57445.**—Walter Hoffman and W. J. Byrnes & Co. of N. Y., Inc., et al. *v*. United States, protests 202040–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra*.

———

BEFORE THE SECOND DIVISION, JULY 28, 1953

**No. 57446.**—Freedman & Slater, Inc. *v*. United States, protests 172460–K, etc. (New York).